UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re.<br>CURRON CLARK,<br>           Plaintiff. | Case No. 18-cv-04584-SI<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 1 |

This action was opened on July 30, 2018, when the court received from Curron Clark a letter concerning jail conditions or his criminal case. On that date, the court notified plaintiff in writing that his action was deficient in that he had not attached a complaint or petition and had not filed an *in forma pauperis* application. The court further notified plaintiff that this action would be dismissed if he did not submit a complaint or petition within 28 days. Plaintiff has failed to provide the court with either a complaint or petition and the deadline to do so has passed. Accordingly, this action is DISMISSED without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: October 1, 2018

_____
SUSAN ILLSTON
United States District Judge