UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re.<br><br>CURRON CLARK,<br><br>       Plaintiff. | Case No. 18-cv-04584-SI<br><br>**JUDGMENT** |

      This action is dismissed without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction.

      **IT IS SO ORDERED AND ADJUDGED**.

Dated:  October 1, 2018

SUSAN ILLSTON
United States District Judge